UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES E. FLOWERS (#124854) | CIVIL ACTION |
| VERSUS | |
| DUPONT, ET AL. | 16-263-SDD-EWD |

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated September 10, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion for Summary Judgment*[3] is GRANTED, and Plaintiff's claim and this matter is dismissed with prejudice.

Signed in Baton Rouge, Louisiana on September 27, 2018.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 26.
[3] Rec. Doc. 20.